Mark Williams

                Plaintiff,

v.                                     Case No.: 3:23−cv−01247

Omni Logistics

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/13/2024 re [19].

                                                                Lynda M. Hill
                                                   s/ Aubrey Frantz Mattis, Deputy Clerk